**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

DUNKIN' DONUTS FRANCHISED
RESTAURANTS LLC, et al.,

     Plaintiff,

  v.

Civ. Action No. 07-2332 (KSH)

TAREK MOUSSA,

    Defendant,

  v.

JOHN PANZER,

    Third Party Defendant and
    Third Party Counter-
    Defendant

**<u>ORDER</u>**

**<u>Katharine S. Hayden, U.S.D.J.</u>**

For the reasons stated in the opinion filed herewith

**IT IS** on this 30th day of June 2009

**ORDERED** that the pending motions (D.E. 51, 52) are DENIED.

      /s/ Katharine S. Hayden
      _____
      KATHARINE S. HAYDEN, U.S.D.J.